JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Martin J. O'Malley,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-10283-SB-E<br><br>FINAL JUDGMENT |

　　　　Pursuant to the Order granting the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the Commissioner's decision is reversed, and the matter is remanded to the Social Security Administration.

Date: September 5, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge